458 October 9, 2024 No. 727

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TERESA DENELLE ENGLAND-RAY,
*Defendant-Appellant.*

Lane County Circuit Court
22CR07733; A180191

Erin A. Fennerty, Judge.

Submitted on August 28, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Silberman, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Thomas*, 324 Or App 114, 524 P3d 969 (2023).